AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Cedric MINGER<br>and<br>Victor JONES<br><br>*Defendant(s)* | **UNDER SEAL**<br>Case No. 1:23-mj-155 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 29, 2023** in the county of **Fairfax** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(u) | Theft of Firearms from a Licensed Dealer |
| 18 U.S.C. § 2 | Aiding and Abetting |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Samuel F. Supnick, Special Agent, ATF
*Printed name and title*

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/11/2023

John F. Anderson
Digitally signed by John F. Anderson
Date: 2023.08.11 13:33:08 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Honorable John F. Anderson, U.S. Magistrate Judge
*Printed name and title*